UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Plaintiff,<br>v.<br><br>NORMAN B. KEDDY CONSTRUCTION CO., INC., DOROTHY M. KEDDY, RAYMOND K. KEDDY, SR. AND VIRGINIA R. KEDDY<br><br>Defendants. | CIVIL ACTION NO.: 10-12028 |

### ORDER

_Sorokin_, M.J.

Upon consideration of Plaintiff's Motion for Real Estate Attachment, the Memorandum of Law and Affidavits in support thereof, this Court finds that the plaintiff Travelers Casualty and Surety Company of America is likely to recover judgment, including costs and interest, in an amount equal to or greater than the amount of the attachment approved herein.

The Court further finds that it is unlikely that the Defendants have any insurance available to satisfy a judgment against them in this case.

34065533v1  0903179  07791

Accordingly, it is hereby ORDERED that the Clerk of the Court shall issue forthwith process for attachment of the following property in the form annexed hereto authorizing attachment:

> 35 Maple Street, Sichols Colony, Wales, MA  01081
> Hampden County Registry of Deeds Book No. 10822, Page 475

SO ORDERED.

_____
Magistrate Judge of the United States District Court
District of Massachusetts

Dated: January 26, 2011